# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JESSICA TERESA GRIFFIN,**
Appellant,

v.

**ROBERT LEE ISAAC, III,** and Estate of **NIYOKA G. ISAAC,**
Appellees.

No. 4D2025-3843

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn David Kelley, Judge; L.T. Case No. 502024CP004954XXXXMB.

Jessica Teresa Griffin, West Palm Beach, pro se.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***